```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12102
  CINDY WISKUR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

                Debtor
     SSN XXX-XX-0459
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/06/07 and confirmed on 10/31/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 20478.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LHI MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10000.00 | 365.08 | 10000.00 |
| CAPITAL ONE BANK | UNSECURED | 3623.41 | .00 | 841.78 |
| B REAL LLC | UNSECURED | 581.92 | .00 | 135.19 |
| ASPIRE VISA | UNSECURED | 878.96 | .00 | 204.20 |
| CORTRUST BANK | UNSECURED | 387.14 | .00 | 89.94 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 93.25 | .00 | 21.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12843.44 | .00 | 2983.74 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 584.06 | .00 | 135.69 |
| FEDERATED MACYS | UNSECURED | 310.93 | .00 | 72.23 |
| MERRICK BANK | UNSECURED | 1264.40 | .00 | 293.74 |
| NATIONAL CITY BANK | UNSECURED | 665.97 | .00 | 154.72 |
| NICOR GAS | UNSECURED | 490.77 | .00 | 114.01 |
| PLAINS COMMERCE BK | UNSECURED | 759.40 | .00 | 176.42 |
| TARGET NATIONAL BANK | UNSECURED | 228.04 | .00 | 52.98 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1125.29 | .00 | 261.42 |
| ASM CENTER FOR SLEEP MED | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 1839.48 | .00 | 427.34 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10000.00 | .00 | 25676.46 | .00 | 35676.46 |
| PRINCIPAL PAID | 10000.00 | .00 | 5965.06 | .00 | 15965.06 |
| INTEREST PAID | 365.08 | .00 | .00 | .00 | 365.08 |

```
TOTAL PAID                10365.08           .00      5965.06           .00    16330.14
```
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $   1147.86 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 12102 CINDY WISKUR